ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com
*Counsel for Defendants*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| KAREN MCKAY,<br><br>Plaintiff,<br><br>vs.<br><br>C. R. BARD INC., a Foreign Corporation; BARD PERIPHERAL VASCULAR INC., an Arizona Corporation; MCKESSON CORPORATION, a Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:20-CV-01564-APG-BNW<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT MCKESSON CORPORATION** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice as to Defendant McKesson Corporation, with each party to bear its own costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This dismissal does not toll or extend any applicable statute of limitations.

**IT IS SO STIPULATED.**

DATED this 2nd day of September 2020.

| **FEARS NACHAWATI, PLLC** | **GREENBERG TRAURIG, LLC** |
|---|---|
| */s/ Steven Schulte* | */s/ Eric W. Swanis* |
| Steven Schulte | Eric W. Swanis |
| Texas Bar No. 24051306 | Nevada Bar No. 6840 |
| Email: schulte@fnlawfirm.com | Email: swanise@gtlaw.com |
| Eric Przybysz | 10845 Griffith Peak Drive, Suite 600 |
| Texas Bar No. 24102381 | Las Vegas, Nevada 89135 |
| Email: ericp@fnlawfirm.com | Telephone: (702) 792-3773 |
| Darren McDowell | |
| Texas Bar No. 24025520 | *Counsel for Defendant McKesson Corporation* |
| Email: dmcdowell@fnlawfirm.com | |
| 5473 Blair Road | |
| Dallas, TX 75231 | |
| Telephone: (214) 890-0711 | |
| Facsimile: (214) 890-0712 | |

*Counsel for Plaintiff Karen McKay*

**IT IS SO ORDERED.**

DATED:  September 3, 2020

_____
UNITED STATES DISTRICT JUDGE

2

ACTIVE 52311052v1

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2020, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

                         */s/ Shermielynn Irasga*
                         An employee of GREENBERG TRAURIG, LLP

ACTIVE 52311052v1