# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KAREN MCKAY, | Case No.: 2:20-cv-01564-APG-BNW |
| Plaintiff | **Order Denying Motion to Dismiss as Moot** |
| v. | **[ECF No. 7]** |
| C R BARD INC., et al., | |
| Defendants | |

In light of the parties' stipulation dismissing defendant McKesson Corporation (ECF No. 34),

I ORDER that defendant McKesson Corporation's motion to dismiss **(ECF No. 7) is DENIED as moot**.

DATED this 15th day of September, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE