# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KAREN MCKAY,

    Plaintiff

v.

C R BARD INC., et al.,

    Defendants

Case No.: 2:20-cv-01564-APG-BNW

**Order Denying Motion to Dismiss as Moot**

**[ECF No. 3]**

    I ORDER that defendants Bard Peripheral Vascular, Inc. and C. R. Bard, Inc.'s motion to dismiss **(ECF No. 3) is DENIED without prejudice** to refile if the defendants intend to challenge personal jurisdiction in this court.

    DATED this 1st day of October, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE