| | |
|---|---|
| 1 | ERIC W. SWANIS, ESQ. |
| 2 | Nevada Bar No. 6840 |
|   | **GREENBERG TAURIG, LLP** |
| 3 | 10845 Griffith Peak Drive, Suite 600 |
|   | Las Vegas, Nevada 89135 |
| 4 | Telephone: (702) 792-3773 |
|   | Facsimile: (702) 792-9002 |
| 5 | Email: swanise@gtlaw.com |
| 6 | *Counsel for Defendants* |

7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| 10 | KAREN MCKAY, | CASE NO. 2:20-CV-01564-APG-BNW |
| 11 | Plaintiff, | |
| 12 | vs. | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT C. R. BARD, INC. AND BARD PERIPHERAL VASCULAR, INC.** |
| 13 | C. R. BARD INC., a Foreign Corporation; BARD PERIPHERAL VASCULAR INC., an Arizona Corporation; MCKESSON CORPORATION, a Corporation,; and DOES 1 through 100, inclusive | |
| 14 | | |
| 15 | | |
| 16 | Defendants. | |

17   IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties,

18  pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed without

19  prejudice as to Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., with each party to

20  bear its own costs.

21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

*ACTIVE 56543815v1*

1  **IT IS SO STIPULATED.**

2  DATED this 12th day of April 2021.

| | |
|---|---|
| **FEARS NACHAWATI, PLLC** | **GREENBERG TRAURIG, LLC** |
| By: _/s/ Steven Schulte_<br>Steven Schulte<br>(*Admitted PHV*)<br>Texas Bar No. 24051306<br>Email: schulte@fnlawfirm.com<br>5473 Blair Road<br>Dallas, TX 75231<br>Telephone: (214) 890-0711<br>Facsimile: (214) 890-0712<br><br>Mike H. T. Nguyen<br>Nevada Bar No. 12055<br>NGUYEN & ASSOCIATES, LLC<br>6831 Ponderosa Way<br>Las Vegas, NV 89118<br>Telephone: (702) 999-8888<br>m_nguyen@thenguyenlaw.com<br><br>*Counsel for Plaintiff* | By: _/s/ Eric W. Swanis_<br>Eric W. Swanis<br>Nevada Bar No. 6840<br>Email: swanise@gtlaw.com<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135<br>Telephone: (702) 792-3773<br><br>*Counsel for Defendants* |

**IT IS SO ORDERED.**

Dated this 13th of April, 2021.

_____
**UNITED STATES DISTRICT JUDGE**

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

/s/ Shermielynn Irasga
An employee of GREENBERG TRAURIG, LLP